

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

**NOS. 02-12-00214-CR**
**02-12-00215-CR**
**02-12-00216-CR**
**02-12-00217-CR**
**02-12-00218-CR**
**02-12-00219-CR**
**02-12-00220-CR**
**02-12-00221-CR**
**02-12-00222-CR**
**02-12-00223-CR**
**02-12-00224-CR**

ANNETTE CRAWFORD                                                    APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

\-\-\-\-\-\-\-\-\-\-\-

FROM THE 158TH DISTRICT COURT OF DENTON COUNTY

\-\-\-\-\-\-\-\-\-\-\-

## MEMORANDUM OPINION[1] AND JUDGMENT

\-\-\-\-\-\-\-\-\-\-

---

[1]*See* Tex. R. App. P. 47.4.

We have considered "Appellant's Motion To Dismiss Appeal."  The motion complies with rule 42.2(a) of the rules of appellate procedure.  Tex. R. App. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  October 11, 2012.